No. 889, Misc. PAULEKAS v. CLARK, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Petition for rehearing from denial of stay of induction [*ante*, p. 903] granted, and the stay heretofore granted by MR. JUSTICE DOUGLAS is continued until further order of the Court. MR. JUSTICE FORTAS dissents.

OCTOBER 28, 1968.

No. ——. ROMAN v. CRITZ. C. A. 5th Cir. Application for stay of court-martial presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Stewart J. Alexander* for applicant.

No. 31, Orig. UTAH v. UNITED STATES. Report of Special Master received and ordered filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days thereafter. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter. [For earlier order herein, see, *e. g.*, 391 U. S. 962.]